Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:     (415) 788-3111
Facsimile:     (415) 421-2017

Attorneys for Plaintiff
AETNA LIFE INSURANCE COMPANY,
ON BEHALF OF LEHMAN BROTHERS
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, ON BEHALF OF LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS KOHLER and DIANE KIMSEU KOHLER,<br><br>Defendants. | Case No. C-11-00439-CW<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES** |

This Stipulation Continuing Deadline to Complete Initial Disclosures is made and entered into by and among plaintiff Aetna Life Insurance Company (the "Plaintiff") and defendants Thomas Kohler and Diane Kimseu Kohler (collectively, "Defendants").

Prior to reassignment to Judge Claudia Wilken, the Court had set May 11, 2011 as the last day to make initial disclosures required by Fed.R.Civ.P.26(a)(1).  (Docket #4)  Upon reassignment, the Court did not set a new deadline for initial disclosures.  The Plaintiff and Defendants agree and believe that for purposes of time and efficiency, it is in the interest of all parties to continue the deadline to serve initial disclosures until fourteen (14) days after the Court issues a decision on

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. C-11-00439-CW
#1170351

1  Defendants' First Motion to Dismiss [the] Complaint (Docket #12), which is scheduled to be heard
2  on May 26, 2011. No other deadlines in the case would be affected.
3      WHEREFORE, the Parties stipulate and agree as follows:

### STIPULATION

Subject to the Court's approval of this stipulation, the deadline to complete initial disclosures shall be continued until fourteen (14) days after the Court issues a decision on Defendants' First Motion to Dismiss [the] Complaint.

IT IS SO STIPULATED.

DATED: May 17, 2011            TRUCKER ✦ HUSS

                               By: /s/ Clarissa A. Kang
                                   Clarissa A. Kang

                               Attorneys for Plaintiff Aetna Life Insurance
                               Company, on behalf of Lehman Brothers
                               Holdings, Inc.

DATED: May ___, 2011

                               By: _____
                                   Andrew Klimenko

                               Attorneys for Defendants Thomas Kohler and
                               Diane Kimseu Kohler

### [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____**May 19**_____, 2011

                               _____
                               Claudia Wilken
                               Judge of the United States District Court

*Trucker ✦ Huss*
*A Professional Corporation*
*100 Montgomery Street, 23rd Floor*
*San Francisco, California 94104*

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. C-11-00439-CW
#1170351

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. C-11-00439-CW
#1170351

1