Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:     (415) 788-3111
Facsimile:     (415) 421-2017

Attorneys for Plaintiff
AETNA LIFE INSURANCE COMPANY,
ON BEHALF OF LEHMAN BROTHERS
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, ON BEHALF OF LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS KOHLER and DIANE KIMSEU KOHLER, <br><br> Defendants. | Case No. C-11-00439-CW <br><br> **STIPULATION AND ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

This Stipulation Continuing the Case Management Conference is made and entered into by and among plaintiff Aetna Life Insurance Company (the "Plaintiff") and defendants Thomas Kohler and Diane Kimseu Kohler (collectively, "Defendants").

The Court has set May 24, 2011 for the case management conference (Docket #10). The Plaintiff and Defendants agree and believe that for purposes of time and efficiency, it is in the interest of all parties to continue the case management conference until after the Court's decision on the currently pending Defendants' First Motion to Dismiss [the] Complaint (Docket #12), which is scheduled to be heard on May 26, 2011. No other deadlines in the case would be affected.

WHEREFORE, the Parties stipulate and agree as follows:

## STIPULATION

Subject to the Court's approval of this stipulation, the case management conference scheduled for May 24, 2011 shall be continued to a date set by the Court after the Court issues a decision on Defendants' First Motion to Dismiss [the] Complaint.

IT IS SO STIPULATED.

DATED: May 17, 2011              TRUCKER ✦ HUSS

                                 By: /s/ Clarissa A. Kang
                                     Clarissa A. Kang

                                 Attorneys for Plaintiff Aetna Life Insurance
                                 Company, on behalf of Lehman Brothers
                                 Holdings, Inc.

DATED: May ___, 2011

                                 By: _____
                                     Andrew Klimenko

                                 Attorneys for Defendants Thomas Kohler and
                                 Diane Kimseu Kohler

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. **The Case Management Conference previously set for Tuesday, May 24, 2011 is continued to Tuesday, July 12, 2011 at 2:00 p.m.**

DATED: __**May 19**__, 2011

                                 _____
                                 Claudia Wilken
                                 Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE;
Case No. C-11-00439-CW
#1171881

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE INITIAL DISCLOSURES; Case No. C-11-00439-CW
#1171881

1