Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Plaintiff
AETNA LIFE INSURANCE COMPANY,
ON BEHALF OF LEHMAN BROTHERS
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, ON BEHALF OF LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS KOHLER and DIANE KIMSEU KOHLER,<br><br>Defendants. | Case No. C-11-00439-CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE TO COMPLETE ADR SESSION** |

    This Stipulation to Continue Deadline to Complete ADR Session is made and entered into by and among Plaintiff Aetna Life Insurance Company (the "Plaintiff") and Defendants Thomas Kohler and Diane Kimseu Kohler ("Defendants") (collectively, "Parties").

    The Court in its Minute Order and Case Management Order (Doc. No. 31) set October 11, 2011 as the deadline for the completion of the Court-ordered ADR session. The Plaintiff and Defendants agree and believe that for purposes of efficiency and conservation of party and judicial resources, it is in the interests of all parties to continue this ADR deadline until twenty-one (21) days after the Court issues a decision on Plaintiff's Motion for Summary Judgment (Docket No.

35), which is now pending and is scheduled to be heard on October 13, 2011. No other deadlines in the case would be affected.

WHEREFORE, the parties stipulate and agree as follows:

### STIPULATION

Subject to the Court's approval of this stipulation, the deadline to complete the ADR session shall be continued until twenty-one (21) days after the Court issues a decision on Plaintiff's Motion for Summary Judgment.

IT IS SO STIPULATED.

DATED: September 26, 2011          TRUCKER ✦ HUSS

                                   By: /s/ Clarissa A. Kang
                                       Clarissa A. Kang
                                       Attorneys for Plaintiff Aetna Life Insurance
                                       Company, on behalf of Lehman Brothers
                                       Holdings, Inc.

DATED: September 26, 2011          THE DOLAN LAW FIRM

                                   By: /s/ Andrew Klimenko
                                       Andrew Klimenko
                                       Attorneys for Defendants Thomas Kohler and
                                       Diane Kimseu Kohler

I attest that my firm has obtained Mr. Klimenko's concurrence in the filing of this document.

                                   TRUCKER ✦ HUSS

DATED: September 26, 2011          By: /s/ Clarissa A. Kang
                                       Clarissa A. Kang

### [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. The deadline is continued to Feb. 13, 2012.

DATED: 9/27/2011

                                   _____
                                   Hon. Claudia Wilken
                                   Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE;                     2
Case No. C-11-00439-CW
#1201262