1   Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
2   Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
3   Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
4   TRUCKER ✦ HUSS
A Professional Corporation
5   100 Montgomery Street, 23rd Floor
San Francisco, California  94104
6   Telephone:    (415) 788-3111
Facsimile:     (415) 421-2017
7
Attorneys for Plaintiff
8   AETNA LIFE INSURANCE COMPANY,
ON BEHALF OF LEHMAN BROTHERS
9   HOLDINGS, INC.

10                        UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13   AETNA LIFE INSURANCE COMPANY,              Case No. C-11-00439-CW
ON BEHALF OF LEHMAN BROTHERS
14   HOLDINGS, INC.,

15             Plaintiff,                       **STIPULATION AND [PROPOSED]**
                                                **ORDER TO CONTINUE DEADLINE TO**
16       vs.                                    **COMPLETE ADR SESSION**

17   THOMAS KOHLER and DIANE KIMSEU
KOHLER,
18
             Defendants.
19

20

21          This Stipulation to Continue Deadline to Complete ADR Session is made and entered into

22   by and among Plaintiff Aetna Life Insurance Company (the "Plaintiff") and Defendants Thomas

23   Kohler and Diane Kimseu Kohler ("Defendants") (collectively, "Parties").

24          The Court in its Minute Order and Case Management Order (Doc. No. 31) set October 11,

25   2011 as the deadline for the completion of the Court-ordered ADR session.  The Plaintiff and

26   Defendants agree and believe that for purposes of efficiency and conservation of party and judicial

27   resources, it is in the interests of all parties to continue this ADR deadline until twenty-one (21)

28   days after the Court issues a decision on Plaintiff's Motion for Summary Judgment (Docket No.

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104

1  35), which is now pending and is scheduled to be heard on October 13, 2011.  No other deadlines

2  in the case would be affected.

3        WHEREFORE, the parties stipulate and agree as follows:

4  STIPULATION

5        Subject to the Court's approval of this stipulation, the deadline to complete the ADR

6  session shall be continued until twenty-one (21) days after the Court issues a decision on Plaintiff's

7  Motion for Summary Judgment.

8        IT IS SO STIPULATED.

9  DATED:  September 26, 2011          TRUCKER ✦ HUSS

10

11                By: /s/ Clarissa A. Kang

12                Clarissa A. Kang
                 Attorneys for Plaintiff Aetna Life Insurance
                 Company, on behalf of Lehman Brothers

13                Holdings, Inc.

14  DATED:  September 26, 2011          THE DOLAN LAW FIRM

15

16                By: /s/ Andrew Klimenko
                 Andrew Klimenko
                 Attorneys for Defendants Thomas Kohler and

17                Diane Kimseu Kohler

18  I attest that my firm has obtained Mr. Klimenko's concurrence in the filing of this document.

19                TRUCKER ✦ HUSS

20

21  DATED: September 26, 2011          By: /s/ Clarissa A. Kang

22                Clarissa A. Kang

23  **[PROPOSED] ORDER**

24        PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.  The deadline is

25  continued to Feb. 13, 2012.

26  DATED: __ 9/27/2011 _____

27  Hon. Claudia Wilken
   Judge of the United States District Court

28

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE;          2
Case No. C-11-00439-CW
#1201262

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104