IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, on behalf of LEHMAN BROTHERS HOLDINGS, INC., | No. C 11-0439 CW |
| Plaintiff, | JUDGMENT |
| v. | |
| THOMAS KOHLER and DIANE KIMSEU KOHLER, | |
| Defendants. | |

For the reasons set forth in this Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying as Moot Plaintiff's Motion to Strike Portions of the Declaration of Andrew Klimenko,

IT IS ORDERED AND ADJUDGED

That summary judgment be entered in favor of Plaintiff Aetna Life Insurance Company on its claims against Defendants Thomas Kohler and Diane Kimseu Kohler pursuant to section 502(a)(3) of the Employment Retirement Insurance Security Act (ERISA), 29 U.S.C. § 1132(a)(3).

Plaintiff Aetna Life Insurance Company shall recover $144,628.56, plus accumulated interest, currently held in the client trust account of The Dolan Law Firm on behalf of Defendants Thomas Kohler and Diane Kimseu Kohler, and

     Plaintiff Aetna Life Insurance Company shall recover costs from Defendants Thomas Kohler and Diane Kimseu Kohler.

Dated: 11/7/2011

                CLAUDIA WILKEN
                United States District Judge

2