Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017

Attorneys for Plaintiff
AETNA LIFE INSURANCE COMPANY,
ON BEHALF OF LEHMAN BROTHERS
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AETNA LIFE INSURANCE COMPANY, ON BEHALF OF LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS KOHLER and DIANE KIMSEU KOHLER, <br><br> Defendants. | Case No. C-11-00439-CW <br><br> **STIPULATION TO CONTINUE THE DEADLINE TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS** |
|---|---|

    This Stipulation to Continue the Deadline to File a Motion for Attorney's Fees and Costs is made and entered into by and among Plaintiff Aetna Life Insurance Company (the "Plaintiff") and Defendants Thomas Kohler and Diane Kimseu Kohler ("Defendants") (collectively, "Parties").

    Pursuant to Federal Rule of Civil Procedure 54(2)(B)(i) and the Court's Order Granting Plaintiff's Motion for Summary Judgment (Doc. No. 50), Plaintiff may file a motion for attorney's fees within fourteen days of the entry of Judgment (Doc. No. 51) on November 7, 2011. Thus, Plaintiff's deadline to file a motion for attorney's fees and costs is November 21, 2011. The Parties have met and conferred on November 15, 2011 as required under Local Rule 54-5 and

agreed that the Parties would benefit from additional time to further meet and confer regarding Plaintiff's attorney's fees. The Parties agree and stipulate that, subject to the Court's approval of this stipulation, the deadline for Plaintiff to file a motion for attorney's fees and nontaxable costs will be continued until November 28, 2011. No other deadlines in the case would be affected.

IT IS SO STIPULATED.

DATED: November 17, 2011        TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
Clarissa A. Kang
*Attorneys for Plaintiff*
Aetna Life Insurance Company, on behalf of
Lehman Brothers Holdings, Inc.

DATED: November 17, 2011        THE DOLAN LAW FIRM

By: /s/ Christopher Dolan
Christopher Dolan
*Attorneys for Defendants*
Thomas Kohler and Diane Kimseu Kohler

I attest that my firm has obtained Mr. Dolan's concurrence in the filing of this document.

TRUCKER ✦ HUSS

DATED: November 17, 2011        By: /s/ Clarissa A. Kang
Clarissa A. Kang

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __November 21__, 2011

Hon. Claudia Wilken
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS; Case No. 11-C-00439-CW
#1213803

2