1  Robert F. Schwartz, SBN 227327
   rschwartz@truckerhuss.com
2  Clarissa A. Kang, SBN 210660
   ckang@truckerhuss.com
3  Michelle L. Schuller, SBN 255787
   mschuller@truckerhuss.com
4  TRUCKER ✦ HUSS
   A Professional Corporation
5  100 Montgomery Street, 23rd Floor
   San Francisco, California  94104
6  Telephone:    (415) 788-3111
   Facsimile:    (415) 421-2017
7
   Attorneys for Plaintiff
8  AETNA LIFE INSURANCE COMPANY,
   ON BEHALF OF LEHMAN BROTHERS
9  HOLDINGS, INC.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 | AETNA LIFE INSURANCE COMPANY, | Case No. C-11-00439-CW
   | ON BEHALF OF LEHMAN BROTHERS  |
13 | HOLDINGS, INC.,               | **STIPULATION AND [~~PROPOSED~~]**
   |                               | **ORDER REGARDING WAIVER OF**
14 |       Plaintiff,              | **RESPECTIVE RIGHTS TO APPEAL**
   |                               | **AND TO MOVE FOR ATTORNEY'S**
15 |   vs.                         | **FEES AND NONTAXABLE COSTS**
   |                               |
16 | THOMAS KOHLER and DIANE KIMSEU|
   | KOHLER,                       |
17 |                               |
   |       Defendants.             |
18

19       This Stipulation is made and entered into by and among Plaintiff Aetna Life Insurance

20 Company (the "Plaintiff") and Defendants Thomas Kohler and Diane Kimseu Kohler

21 ("Defendants") (collectively, "Parties") regarding their respective rights to (a) move for attorney's

22 fees and nontaxable costs and (b) seek reconsideration of or relief from, or appeal the Order

23 Granting Plaintiff's Motion for Summary Judgment (Docket #50) (the "MSJ Order") and the

24 Judgment (Docket #51) (the "Judgment"). The Parties stipulate and agree to the following:

25
       1.       Defendants shall not, and forever waive all rights to: (a) move for
26
                reconsideration of, (b) move for relief from, (c) appeal, or (d) in any other
27
                manner, challenge or contest the validity of, the MSJ Order and/or the
28

STIPULATION AND [~~PROPOSED~~] ORDER RE WAIVER OF RESPECTIVE RIGHTS;                    1
Case No. C-11-00439-CW
#1215741

Judgment.

2. In exchange for Defendants' waiver in paragraph 1, Plaintiff forever waives all rights to move for attorney's fees and nontaxable costs incurred by Plaintiff up to the date of this Stipulation;

3. Should Defendants breach the terms of this Stipulation in any way, Defendants shall be responsible for all attorney's fees and costs that are incurred by Plaintiff to enforce this Stipulation, as well as the reasonable attorney's fees and costs incurred in obtaining the MSJ Order and/or the Judgment.

The Parties request that the Court close its file for this matter.

IT IS SO STIPULATED.

DATED: November 29, 2011           TRUCKER ✦ HUSS

                                   By: /s/Clarissa A. Kang
                                       Clarissa A. Kang
                                       *Attorneys for Plaintiff*
                                       Aetna Life Insurance Company, on behalf of
                                       Lehman Brothers Holdings, Inc.

DATED: November 29, 2011           THE DOLAN LAW FIRM

                                   By: /s/Christopher Dolan
                                       Christopher Dolan
                                       *Attorneys for Defendants*
                                       Thomas Kohler and Diane Kimseu Kohler

I attest that my firm has obtained Mr. Dolan's concurrence in the filing of this document.

DATED: November 29, 2011           TRUCKER ✦ HUSS

                                   By: /s/Clarissa A. Kang
                                       Clarissa A. Kang

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __December 2__, 2011     _____
Hon. Claudia Wilken
Judge of the United States District Court

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER RE WAIVER OF RESPECTIVE RIGHTS;
Case No. C-11-00439-CW
#1215741

3