Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017

Attorneys for Plaintiff
AETNA LIFE INSURANCE COMPANY,
ON BEHALF OF LEHMAN BROTHERS
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, ON BEHALF OF LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS KOHLER and DIANE KIMSEU KOHLER,<br><br>Defendants. | Case No. C-11-00439-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF RESPECTIVE RIGHTS TO APPEAL AND TO MOVE FOR ATTORNEY'S FEES AND NONTAXABLE COSTS** |

This Stipulation is made and entered into by and among Plaintiff Aetna Life Insurance Company (the "Plaintiff") and Defendants Thomas Kohler and Diane Kimseu Kohler ("Defendants") (collectively, "Parties") regarding their respective rights to (a) move for attorney's fees and nontaxable costs and (b) seek reconsideration of or relief from, or appeal the Order Granting Plaintiff's Motion for Summary Judgment (Docket #50) (the "MSJ Order") and the Judgment (Docket #51) (the "Judgment").  The Parties stipulate and agree to the following:

    1.          Defendants shall not, and forever waive all rights to: (a) move for reconsideration of, (b) move for relief from, (c) appeal, or (d) in any other manner, challenge or contest the validity of, the MSJ Order and/or the

Judgment.

2. In exchange for Defendants' waiver in paragraph 1, Plaintiff forever waives all rights to move for attorney's fees and nontaxable costs incurred by Plaintiff up to the date of this Stipulation;

3. Should Defendants breach the terms of this Stipulation in any way, Defendants shall be responsible for all attorney's fees and costs that are incurred by Plaintiff to enforce this Stipulation, as well as the reasonable attorney's fees and costs incurred in obtaining the MSJ Order and/or the Judgment.

The Parties request that the Court close its file for this matter.

IT IS SO STIPULATED.

DATED: November 29, 2011            TRUCKER ✦ HUSS

                                    By: /s/Clarissa A. Kang
                                        Clarissa A. Kang
                                        *Attorneys for Plaintiff*
                                        Aetna Life Insurance Company, on behalf of
                                        Lehman Brothers Holdings, Inc.

DATED: November 29, 2011            THE DOLAN LAW FIRM

                                    By: /s/Christopher Dolan
                                        Christopher Dolan
                                        *Attorneys for Defendants*
                                        Thomas Kohler and Diane Kimseu Kohler

I attest that my firm has obtained Mr. Dolan's concurrence in the filing of this document.

DATED: November 29, 2011            TRUCKER ✦ HUSS

                                    By: /s/Clarissa A. Kang
                                        Clarissa A. Kang

STIPULATION AND [PROPOSED] ORDER RE WAIVER OF RESPECTIVE RIGHTS;   2
Case No. C-11-00439-CW
#1215741

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __December 2__, 2011       _/s/ Claudia Wilken_____
                                  Hon. Claudia Wilken
                                  Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER RE WAIVER OF RESPECTIVE RIGHTS;   3
Case No. C-11-00439-CW
#1215741